PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 6 2009

JAMES W. McCORMACK, CLERK
_____ /DEP CLERK

| | |
|---|---|
| Name of Offender: Autumn Keckhaver | Case Number: 4:08CR00146-01 WRW |
| Name of Sentencing Judicial Officer: | Honorable Henry E. Hudson<br>Chief United States District Judge<br>Eastern District of Virginia |
| | April 14, 2008: Jurisdiction transferred to the Eastern District of Arkansas |
| | Honorable William R. Wilson, Jr.<br>United States District Judge |
| Offense: | Conspiracy to manufacture methamphetamine |
| Date of Sentence: | December 22, 2005 |
| Sentence: | 30 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, DNA, substance abuse treatment, $5,061.34 restitution and $100 special penalty assessment |
| Type of Supervision: Supervised Release | Date Supervision Commenced: September 21, 2007<br>Expiration Date: September 20, 2010 |
| Asst. U.S. Attorney: Patrick Harris | Defense Attorney: To be determined |
| U.S. Probation Officer: Anthony J. Villegas<br>Phone No.: 501-604-5278 | |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

## CAUSE

On January 9, 2009, Ms. Keckhaver submitted a drug screen that tested positive for opiates. She signed an admission of drug use form advising she had taken Hydrocodone without a valid prescription. As a result of the positive drug screen, she was referred to substance abuse treatment. After meeting with the substance abuse counselor, Ms. Keckhaver revealed additional issues that may require the attention of a

| | |
|---|---|
| Prob 12B | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |

Name of Offender: Autumn Keckhaver      Case Number: 4:08CR00146-01 WRW

mental health counselor. Ms. Keckhaver indicated on a mental health evaluation conducted by the treatment provider that it would be beneficial for her to receive mental health counseling. After discussing the matter in detail with Ms. Keckhaver, she agreed to the modification to receive mental health counseling.

On January 30, 2009, Ms. Keckhaver spoke with Assistant Public Defender Jerome Kearney and has agreed to the modification.

_____          _____
Anthony J. Villegas                 Patrick Harris
U.S. Probation Officer              Assistant U.S. Attorney

Date:  2/2/2009                     Date:  2-3-09

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/6/2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

AJV/jkr

c:  Assistant U.S. Attorney, Patrick Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

Witness: _____   Signed: _____
         U.S. Probation Officer              Probationer or Supervised Releasee

         1-30-09
         DATE